UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**KIMBERLY SUSAN SNIDE,**

**Plaintiff,**

**v.** **Case No. 5:26-cv-381-CEM-PRL**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

______________________________/

**ORDER**

THIS CAUSE is before the Court on Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 17). The United States Magistrate Judge issued a Report and Recommendation (Doc. 18), recommending that the Motion be granted.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 18) is **ADOPTED** and made a part of this Order.

2. Defendant's Unopposed Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. § 405(g) (Doc. 17) is **GRANTED**.
3. The Commissioner's decision in this case is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and **REMANDED** for further proceedings as set forth in the Report and Recommendation.
4. The Clerk is directed to enter judgment accordingly and close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 3, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record